IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | 8:09CV120 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Withdraw Document, which the court liberally construes as a motion to voluntarily dismiss. (Filing No. 26.) In his Motion, Petitioner requests that the court dismiss his Petition for Writ of Habeas Corpus without prejudice because he "believes his habeas claim [sic] are premature," or unexhausted. (*Id.* at CM/ECF p. 1.) Respondent has not objected to dismissal. For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Withdraw Document (filing no. 26), construed as a motion to voluntarily dismiss, is granted.

2. This matter is dismissed without prejudice. A separate judgment will be entered in accordance with this Memorandum and Order.

3. All other pending motions are denied as moot.

November 17, 2009.        BY THE COURT:

                          s/ Joseph F. Bataillon
                          Chief United States District Judge